STEVEN G. ZIEFF (SBN 84222)
DAVID A. LOWE (SBN 178811)
JOHN T. MULLAN (SBN 221149)
RUDY EXELROD ZIEFF & LOWE LLP
351 California Street, Suite 700
San Francisco, CA  94104
(415) 434-9800 (phone)/(415) 434-0513 (fax)
sgz@rezlaw.com
dal@rezlaw.com
jtm@rezlaw.com

ROBERT S. NELSON (SBN 220984)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA  94066
(650) 794-2760 (phone)/(650) 794-2761 (fax)
rnelson@nelsonlawgroup.net

Attorneys for Plaintiff
DANIELLE WARREN and all others similarly situated

JACK S. SHOLKOFF, CA Bar No. 145097
jack.sholkoff@ogletreedeakins.com
BETH A. GUNN, CA Bar No. 218889
beth.gunn@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213.239.9800
Facsimile:    213.239.9045

Attorneys for Defendant
PAYCHEX, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLE WARREN, and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PAYCHEX, INC.<br><br>　　　　　　Defendant. | Case No. C 10-02006 JCS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING DISCLOSURE OF CONTACT INFORMATION OF PUTATIVE CLASS MEMBERS** |

///

Plaintiff Danielle Warren ("Plaintiff") and Defendant Paychex, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, the Parties have agreed to mediate this putative class action case on January 12, 2011; and

WHEREAS, for the mediation to be productive, Plaintiff seeks to contact and interview putative class members, and therefore seeks putative class member contact information from Defendant; and

WHEREAS, Counsel for the Parties conferred about disclosure of putative class member contact information. Per those discussions, Defendant agreed to produce contact information for certain putative class members, but, due to the potential privacy concerns of providing the personal information of its employees, Defendant will agree to produce such contact information only if the Court first authorizes the disclosure (and according to other agreed-upon terms, such as the putative class members whose information will be disclosed, the method of disclosure, etc.); and

WHEREAS, Defendant proposed that the Parties stipulate to ask the Court to issue an order permitting Defendant to disclose putative class member contact information; and

WHEREAS, Plaintiff does not believe Court authorization is necessary for disclosure of putative class member contact information. However, in order to facilitate discovery in advance of mediation, Plaintiff agreed to Defendant's proposal to request Court authorization for disclosure.

The parties hereby stipulate and agree as follows.

1. Provided the Court issues an Order authorizing disclosure of the contact information of the putative class by Defendant, no later than seven (7) business days after Defendant's Counsel receives notice of the Court's executed Order, Defendant will deliver to Plaintiff's Counsel a list of the names, last-known addresses, and last-known phone numbers

Stipulation and proposed order.

2                                                        Case No. C 10-02006 JCS
STIPULATION AND [PROP] ORDER PERMITTING DISCLOSURE OF CONTACT INFORMATION OF THE PUTATIVE CLASS

of all putative Class Members, in an electronic spreadsheet such as Microsoft Excel.  For purposes of this Stipulation and proposed Order, "putative Class Members" shall mean all persons who have been employed in California by Defendant Paychex, Inc. as Sales Representatives in the first six-months of their employment in that position in California at any time since May 10, 2006.

Dated:  October  21 , 2010                         RUDY EXELROD ZIEFF & LOWE LLP

                                                                                 By:_____/s/ Steven G. Zieff
                                                                                   STEVEN G. ZIEFF
                                                                                   DAVID A. LOWE
                                                                                   JOHN T. MULLAN

Dated:  October  21 , 2010                         NELSON LAW GROUP

                                                                                By:_____/s/ Robert S. Nelson
                                                                                   ROBERT S. NELSON

Attorneys for Danielle Warren and all others similarly situated

Dated:  October  21 , 2010                         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                                           By:_____/s/ Jack S. Sholkoff
                                                                                   Jack S. Sholkoff
                                                                                   Beth A. Gunn

Attorneys for Defendant
PAYCHEX, INC.

///

///

///

///

Stipulation and proposed order.

3                                              Case No. C 10-02006 JCS
STIPULATION AND [PROP] ORDER PERMITTING DISCLOSURE OF CONTACT INFORMATION OF THE PUTATIVE CLASS

PURSUANT TO THE ABOVE-NOTED STIPULATION, THE COURT HEREBY ORDERS THAT:

Defendant is authorized to disclose putative class member contact information to Plaintiff, subject to the stipulated protective order that is in place in this case, and also subject to the above stipulated terms agreed to by the Parties.

IT IS SO ORDERED.

Dated: __10/22_____, 2010     By: _____
                                       JOSEPH
                                       United S



Stipulation and proposed order.

4    Case No. C 10-02006 JCS
STIPULATION AND [PROP] ORDER PERMITTING DISCLOSURE OF CONTACT INFORMATION OF THE PUTATIVE CLASS

9308306.3 (OGLETREE)