1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11

DANIELLE WARREN, and all others
similarly situated,

12

Plaintiff,

13

**v.**

14

PAYCHEX, INC.

15

Defendant**.**

16

Case No. C 10-02006 JCS

[PROPOSED] ORDER CONTINUING
**CASE MANAGEMENT CONFERENCE
DATE**

17

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

9706675_1.DOC

Case No. C 10-02006 JCS

[PROPOSED] ORDER CONTINUING CASE CASE MANAGEMENT CONFERENCE DATE

Pursuant to the Stipulation Continuing the Case Management Conference Date submitted by Plaintiff Danielle Warren ("Plaintiff") and Defendant Paychex, Inc. ("Defendant") (collectively, "The Parties"), and for good cause appearing therein, the Court hereby ORDERS as follows:

1.    The previously-scheduled case management conference of January 21, 2011 is continued to March 4, 2011 at 1:30 pm.

IT IS SO ORDERED.

Dated: _____January 24_____, 2011        By:_____
                                                JOSEPH C.
                                                United States Magistrate Judge

Judge Joseph C. Spero

2                                    Case No. C 10-02006 JCS

[PROPOSED] ORDER CONTINUING CASE CASE MANAGEMENT CONFERENCE DATE

9706675_1.DOC