# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE WARREN, and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PAYCHEX, INC.<br><br>　　　　　Defendant. | Case No. C 10-02006 JCS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PAYCHEX, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　　March 4, 2011<br>Time:　　　　1:30 p.m.<br>Place:　　　　Courtroom A<br>　　　　　　　(San Francisco)<br><br>Complaint Filed: May 10, 2010<br>Trial Date:　　　None |

Paychex Proposed Order Granting

Case No. C 10-02006 JCS
[PROPOSED] ORDER GRANTING DEFENDANT PAYCHEX, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

GOOD CAUSE APPEARING,

Defendant Paychex, Inc.'s request to appear telephonically at the Case Management Conference at 1:30 p.m. on March 4, 2011 is GRANTED.

IT IS SO ORDERED.

Dated: __Feb. 28_____, ~~2010~~ 2011       By: _____
JOSEPH C. SPERO
United States Magistrate Judge

9877571.1 (OGLETREE)

Paychex Proposed Order Granting

Case No. C 10-02006 JCS

[PROPOSED] ORDER GRANTING DEFENDANT PAYCHEX, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE