STEVEN G. ZIEFF (SBN 84222)
DAVID A. LOWE (SBN 178811)
JOHN T. MULLAN (SBN 221149)
RUDY EXELROD ZIEFF & LOWE LLP
351 California Street, Suite 700
San Francisco, CA 94104
(415) 434-9800 (phone)/(415) 434-0513 (fax)
sgz@rezlaw.com
dal@rezlaw.com
jtm@rezlaw.com

ROBERT S. NELSON (SBN 220984)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
(650) 794-2760 (phone)/(650) 794-2761 (fax)
rnelson@nelsonlawgroup.net

Attorneys for Plaintiff
DANIELLE WARREN and all others similarly situated

JACK S. SHOLKOFF, CA Bar No. 145097
jack.sholkoff@ogletreedeakins.com
BETH A. GUNN, CA Bar No. 218889
beth.gunn@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:    213.239.9800
Facsimile:    213.239.9045

Attorneys for Defendant
PAYCHEX, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE WARREN, and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PAYCHEX, INC.<br><br>    Defendant. | Case No. C 10-02006 JCS<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE FROM APRIL 8, 2011 TO APRIL 22, 2011.** |

///

///

Case No. C 10-02006 JCS
STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE

Plaintiff Danielle Warren ("Plaintiff") and Defendant Paychex, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, the Court set a Case Management Conference for April 8, 2011 at 11:30 a.m.;

WHEREAS, the parties, after mediation on January 12, 2011, have reached a proposed settlement of the action;

WHEREAS, the settlement still needs to be formalized by a Joint Stipulation and subsequently approved by the Court, and said actions will not be complete by April 8, 2011;

WHEREAS, the parties respectfully request that the conference be delayed to have sufficient time to finalize the settlement or seek judicial assistance;

The parties hereby stipulate and agree that the Court should continue the Case Management Conference set for April 22, 2011 at 1:30 p.m.

Dated: April 6, 2011                     RUDY EXELROD ZIEFF & LOWE LLP


                                         By:_____/s/ Steven G. Zieff_____
                                            STEVEN G. ZIEFF
                                            DAVID A. LOWE
                                            JOHN T. MULLAN


Dated: April 6, 2011                     NELSON LAW GROUP


                                         By:_____/s/ Robert S. Nelson_____
                                            ROBERT S. NELSON

                                         Attorneys for Danielle Warren and all others
                                         similarly situated

10101068_1.DOC

| | | |
|---|---|---|
| 1 | Dated: April 6, 2011 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |

By: _____/s/ Jack S. Sholkoff_____
    Jack S. Sholkoff
    Beth A. Gunn

Attorneys for Defendant
PAYCHEX, INC.

Dated: April 7, 2011

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GENERAL ORDER 45 ATTESTATION

I, Jack S. Sholkoff, am the ECF User whose ID and password are being used to file this STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE from April 8, 2011 to April 22, 2011. In compliance with General Order 45, X.B., I hereby attest that Rob Nelson and Steven Zieff have concurred in this filing.

Dated: April 6, 2011                    /s/ Jack S. Sholkoff
                                        JACK S. SHOLKOFF

10101068_1.DOC