1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9
10

11

DANIELLE WARREN, and all others
similarly situated,

12

Plaintiff,

13

**v.**

14

PAYCHEX, INC.

15

Defendant**.**

16

Case No. C 10-02006 JCS

**[PROPOSED] ORDER CONTINUING
DEADLINE TO FILE AMENDED
MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT
FROM JUNE 10, 2011 TO JUNE 17, 2011**

17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

PAY WAR -
[Pronosed] Order

Case No. C 10-02006 JCS

[PROPOSED] ORDER CONTINUING DEADLINE TO FILE AMENDED MOTION FOR PRELIMINARY
APPROVAL OF CLASS SETTLEMENT FROM JUNE 10, 2011 TO JUNE 17, 2011

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for the parties to file an Amended Motion for Preliminary Settlement, along with an Amendment to the Joint Stipulation Re Class Action Settlement or an Amended Joint Stipulation Re Class Action Settlement, as well as a First Amended Complaint shall be June 17, 2011.

Dated: June ___10___, 2011            By: _____



JOSEPH C. SPERO
United States Magistrate Judge

PAY WAR –
[Proposed] Order

[PROPOSED] ORDER CONTINUING DEADLINE TO FILE AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT FROM JUNE 10, 2011 TO JUNE 17, 2011