1   STEVEN G. ZIEFF (SBN 84222)
    DAVID A. LOWE (SBN 178811)
2   JOHN T. MULLAN (SBN 221149)
    RUDY EXELROD ZIEFF & LOWE LLP
3   351 California Street, Suite 700
    San Francisco, CA  94104
4   (415) 434-9800 (phone)/(415) 434-0513 (fax)
    sgz@rezlaw.com
5   dal@rezlaw.com
    jtm@rezlaw.com
6
    ROBERT S. NELSON (SBN 220984)
7   NELSON LAW GROUP
    900 Cherry Avenue, Suite 300
8   San Bruno, CA  94066
    (650) 794-2760 (phone)/(650) 794-2761 (fax)
9   rnelson@nelsonlawgroup.net

10  Attorneys for Plaintiff
    DANIELLE WARREN and all others similarly situated
11
    JACK S. SHOLKOFF, CA Bar No. 145097
12  jack.sholkoff@ogletreedeakins.com
    BETH A. GUNN, CA Bar No. 218889
13  beth.gunn@ogletreedeakins.com,
    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
14  400 South Hope Street, Suite 1200
    Los Angeles, CA  90071
15  Telephone:     213.239.9800
    Facsimile:     213.239.9045
16
    Attorneys for Defendant
17  PAYCHEX, INC.

18                  UNITED STATES DISTRICT COURT

19               NORTHERN DISTRICT OF CALIFORNIA

20

| 21 | DANIELLE WARREN, and all others similarly situated, | Case No. C 10-02006 JCS |
|---|---|---|
| 22 | | **STIPULATION AND [~~PROPOSED~~] ORDER RE FILING OF FIRST AMENDED COMPLAINT.** |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | PAYCHEX, INC. | |
| 26 | Defendant**.** | |

27  ///

28  ///

Stip re filing FAC
06-15-11.doc

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a First Amended Complaint, a copy of which is attached hereto as Exhibit 1.  This stipulation is solely for purposes of effectuating the terms of the parties' proposed class action settlement as set forth in the parties' Amended Joint Stipulation Re Class Action Settlement filed with the Court on the same date that this Stipulation is being filed and the status of the First Amended Complaint as the operative complaint in this action is subject to the terms and conditions set forth in the Amended Joint Stipulation Re Class Action Settlement.  As set forth more specifically therein, upon the proposed settlement being denied preliminary or final approval, the Complaint filed in this action shall be the operative complaint, with the parties reserving rights as described in Amended Joint Stipulation to Class Action Settlement.

IT IS FURTHER STIPULATED that, because the parties have stipulated to the filing of Plaintiffs' First Amended Complaint solely for purposes of effectuating the terms of the parties' proposed class action settlement, defendant Paychex, Inc. shall not be required to file an answer or response to the First Amended Complaint.

Dated:  June 17, 2011                              RUDY EXELROD ZIEFF & LOWE LLP


By:_____/s/ Steven G. Zieff____
    STEVEN G. ZIEFF
    DAVID A. LOWE
    JOHN T. MULLAN


Dated:  June 17, 2011                              NELSON LAW GROUP


By:_____/s/ Robert S. Nelson____
    ROBERT S. NELSON

Attorneys for Danielle Warren and all others similarly situated

STIPULATION AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED COMPLAINT.

1    Dated:  June 17, 2011                          OGLETREE, DEAKINS, NASH, SMOAK &
2                                                   STEWART, P.C.

3                                                   By: _____/s/ Jack S. Sholkoff
4                                                       Jack S. Sholkoff
                                                        Beth A. Gunn
5
                                                    Attorneys for Defendant
6                                                   PAYCHEX, INC.

7

8           **IT IS SO ORDERED.**

9

10   Dated: June _21__, 2011                    By: _____
                                                    JOSE
11                                                  Unite

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Stip re filing FAC
06-15-11.doc          28

                                              3                    Case No. C 10-02006 JCS
                    STIPULATION AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED COMPLAINT.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GENERAL ORDER 45 ATTESTATION

I, Steven G. Zieff, am the ECF User whose ID and password are being used to file this

STIPULATION AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED

COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Robert S. Nelson

and Jack S. Sholkoff have concurred in this filing.

Dated: June 17, 2011                                                        /s/ Steven G. Zieff

STEVEN G. ZIEFF

Stip re filing FAC
06-15-11.doc

STIPULATION AND [PROPOSED] ORDER RE FILING OF FIRST AMENDED COMPLAINT.

10454825.1 (OGLETREE)