STEVEN G. ZIEFF (SBN 84222)
DAVID A. LOWE (SBN 178811)
JOHN T. MULLAN (SBN 221149)
RUDY EXELROD ZIEFF & LOWE LLP
351 California Street, Suite 700
San Francisco, CA 94104
(415) 434-9800 (phone)/(415) 434-0513 (fax)
sgz@rezlaw.com
dal@rezlaw.com
jtm@rezlaw.com

ROBERT S. NELSON (SBN 220984)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
(650) 794-2760 (phone)/(650) 794-2761 (fax)
rnelson@nelsonlawgroup.net

Attorneys for Plaintiff
DANIELLE WARREN and all others similarly situated

JACK S. SHOLKOFF, CA Bar No. 145097
jack.sholkoff@ogletreedeakins.com
BETH A. GUNN, CA Bar No. 218889
beth.gunn@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone:  213.239.9800
Facsimile:  213.239.9045

Attorneys for Defendant
PAYCHEX, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE WARREN, and all others similarly situated,<br><br>   Plaintiff,<br>   v.<br>PAYCHEX, INC.<br>   Defendant. | Case No. C 10-02006 JCS<br><br>**STIPULATED REQUEST FOR ORDER AND [PROPOSED] ORDER EXTENDING NOTICE DISTRIBUTION AND RELATED DEADLINES** |

///

///

///

Case No. C 10-02006 JCS
STIPULATED REQUEST FOR ORDER EXTENDING DEADLINES

Stipulation 07-15-11.doc

TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

WHEREAS, pursuant to the Amended Joint Stipulation of Class Action Settlement and the Amended preliminary approval order, on July 5, 2011, Defendant provided the Settlement Administrator, Rust Consulting with data necessary to calculate the Class Members' average weekly salary and number of qualified work weeks, including the Class Members' names, the Class Members' dates of hire in the Class position, the Class Members' dates of termination from the Class position, and the amounts of the Class Members' weekly salaries during their employment in Class positions during the Class period;

WHEREAS, pursuant to the Amended Joint Stipulation of Class Action Settlement and the Amended preliminary approval order the Settlement Administrator, Rust Consulting was to mail the Court-approved Notice of Settlement by July 15, 2011, which Notice is to provide individualized information as to the Class Members' average weekly salaries and number of their qualified work weeks;

WHEREAS, on July 14, 2011, Class Counsel and Defense Counsel were informed by the Settlement Administrator that questions had arisen regarding the Class Member data provided by Defendant which had rendered them unable to meet the July 15, 2011 Notice of Settlement mailing deadline;

WHEREAS, the Settlement Administrator required clarification of the Class Member data provided by Defendant and further instructions from counsel in order to complete the necessary calculations and prepare the mail file pursuant to the settlement agreement, which required additional analysis of the data.  (s*ee* Declaration of Abigail J. Schwartz of Rust Consulting, Inc., ¶ 5 ("Schwartz Decl.") filed herewith);

WHEREAS, the Settlement Administrator's questions regarding the Class Member data provided by Defendant have now been addressed and counsel for the parties have provided the necessary instructions (Schwartz Decl., ¶ 5);

///

1  WHEREAS, the delay caused by the Settlement Administrator's questions regarding the Class Member data was such that the Settlement Administrator informed the parties on July 14, 2011 that the Settlement Administrator requires additional time to make the calculations necessary to include the required individualized information as to average weekly salaries and numbers of qualified work weeks in the Notices and the Settlement Administrator has further informed counsel for the parties that the additional analysis of the data and the preparation and mailing of the Notice to the Class shall be completed by July 22, 2011 (Schwartz Decl., ¶ 5).

IT IS HEREBY STIPULATED AND AGREED:

That the deadline for mailing of the Notice of Settlement is extended by one week to July 22, 2011.  The deadline for submitting objections and comments in favor of the Settlement and for Class Opt-Outs (which is 60-days after mailing of the Notice) is correspondingly extended by one week to September 20, 2011.  Because the Court previously continued the Final Approval Hearing by one week to November 4, 2011 (*see* Docket No. 52), it is not necessary to continue the November 4, 2011 Final Approval Hearing date.

SO STIPULATED.

DATED:  July 15, 2011	RUDY EXELROD ZIEFF & LOWE LLP


By:	*/s/ John T. Mullan*
		Steven G. Zieff
		David A. Lowe
		John T. Mullan
		Attorneys for Plaintiff

DATED:  July 15, 2011	OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.

By:	*/s/ Beth A. Gunn*
		Jack S. Sholkoff
		Beth A. Gunn
		Attorneys for Defendant Paychex, Inc.

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the deadline for mailing of the Notice of Settlement is extended by one week to July 22, 2011. The deadline for submitting objections and comments in favor of the Settlement and for Class Opt-Outs (which is 60-days after mailing of the Notice) is correspondingly extended by one week to September 20, 2011.

Dated: __July 19_____, 2011          By: 
                                             JOSEPH C. SPERO
                                             United States Magistrate Judge