1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANIELLE WARREN, and all others similarly situated, | Case No. C 10-02006 JCS |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER GRANTING DEFENDANT PAYCHEX, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS |
| v. | |
| PAYCHEX, INC. | |
| Defendant. | Date:            November 4, 2011<br>Time:           1:30 p.m.<br>Place:          Courtroom G<br>                     (San Francisco)<br><br>Complaint Filed: May 10, 2010<br>Trial Date:           None |

(Note: "[PROPOSED]" appears with strikethrough)

11128784_1

GOOD CAUSE APPEARING,

Defendant Paychex, Inc.'s request to appear telephonically at the Case Management Conference at 1:30 p.m. on November 4, 2011 is GRANTED.

~~IT IS SO ORDERED~~. Counsel shall be on phone standby beginning at 1:30 PM and await the Court's call. Counsel shall provide a direct land line number to the clerk by 11/3/11.

Dated: 10/21, 2011       By: _____
JOSEPH C. SPERO
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero

1

Case No. C 10-02006 JCS
[PROPOSED] ORDER GRANTING DEFENDANT PAYCHEX, INC.'S REQUEST TO APPEAR TELEPHONICALLY AT PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS